IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDREW LEE HENDRICKS, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-970-D |
| | ) | |
| LEVIE DRAKE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) on November 3, 2017. Upon initial screening of the Complaint pursuant to 28 U.S.C. § 1915A, Judge Jones recommends that the case proceed only on Plaintiff's claim under 42 U.S.C. § 1983 against Defendant Lt. White and that the action against Defendants Levie Drake and F. DeWayne Beggs Detention Center[1] be dismissed for failure to state a claim upon which relief can be granted.

Plaintiff has not filed a timely objection nor requested additional time to object. He was expressly advised of the right to object, the deadline and procedure for filing an objection, and the consequences of failing to object. Thus, the Court finds that Plaintiff has waived further review of the issues addressed in Judge Jones' Report. *See Moore v.*

---

[1] Judge Jones has corrected a misspelling in the Complaint.

*United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED. The action against Defendants Levie Drake and F. DeWayne Beggs Detention Center is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). This case remains under referral to Judge Jones for further proceedings.

IT IS SO ORDERED this 1st day of December, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE